

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00003-CV

**IN THE INTEREST OF C.C.**, a Child

From the 198th Judicial District Court, Kimble County, Texas
Trial Court No. DCV-2012-1292
Honorable Susan Hern, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION and appellee's motion to dismiss is DENIED AS MOOT.

Costs are assessed against the party that incurred them.

SIGNED March 5, 2014.

_____
Sandee Bryan Marion, Justice